# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HITCH ENTERPRISES, INC., on behalf of itself and all others similarly situated,<br><br>     Plaintiff/Petitioner<br><br>v.<br><br>OXY USA Inc.,<br><br>     Defendant/Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 2018-cv-01030<br>)  (State Court Case No. 2018-cv-00006)<br>)<br>)<br>)<br>)  |

## SUBMISSION OF STATE COURT RECORDS

Pursuant to Rule 81.2 of the Local Rules of Civil Procedure, submitted herewith are copies of all of the records and proceedings filed in the District Court of Seward County, Kansas Case No. 2018-cv-000006, *Hitch Enterprises, Inc., on behalf of itself and all others similarly situated, v. OXY USA Inc.*

Dated February 5, 2018

                                                            Respectfully Submitted,

                                                            *s/ Mikel L. Stout*
                                                            Mikel L. Stout, #05811
                                                            James M. Armstrong, #09271
                                                            Foulston Siefkin LLP
                                                            1551 N. Waterfront Parkway, Suite 100
                                                            Wichita, KS 67206-4466
                                                            Phone: (316) 267-6371
                                                            Fax:  (316) 267-6345
                                                            mstout@foulston.com
                                                            jarmstrong@foulston.com

                                                            **Attorneys for OXY USA Inc.**

**OF COUNSEL**

Mark C. Rodriguez, TX Bar No. 00794554
Deborah C. Milner, TX Bar No. 24065761
Aurra Fellows, TX Bar No. 24101742
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel:  (713) 758-3288
Fax:  (713) 615-5314
Email:  mrodriguez@velaw.com
Email:  cmilner@velaw.com
Email:  afellows@velaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing which will send a notice of transmittal to:

| | |
|---|---|
| Rex A. Sharp<br>Barbara C. Frankland<br>Ryan C. Hudson<br>Scott B. Goodger<br>REX SHARP, P.A.<br>5301 W. 75th Street<br>Prairie Village, KS 66208<br>(913) 901-0505<br>(913) 901-0419 (fax)<br><br>***Attorneys for Plaintiff*** | ☐ U.S. Mail   ☐ Fax   ☒ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |

*s/ Mikel L. Stout*
Mikel L. Stout

2