# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HITCH ENTERPRISES, INC., on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff/Petitioner | ) |
| v. | ) No. 6:18-cv-01030-EFM-KGG<br>)<br>) |
| OXY USA Inc., | )<br>) |
| Defendant/Respondent | ) |

## DEFENDANT OXY USA INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Defendant Oxy USA Inc. ("Oxy") and, pursuant to Federal Rule of Civil Procedure 56 and D. Kan. R. 56.1, hereby moves this Court for an Order of judgment as a matter of law as to the following claims brought by Plaintiff Hitch Enterprises Inc.:

(1) Plaintiff's claims for breach of contract based on deductions for processing fees for the period July 1, 2007 – January 11, 2013. These claims are barred by the statute of limitations;

(2) Plaintiff's claim for 10% interest on refunded Conservation Fees, because no statute entitles Plaintiff to interest at that rate;

(3) Plaintiff's claim for payment on fuel used or lost in the field or by the plant, because Oxy already paid royalties on these volumes.

In support of this motion, Defendant Oxy contemporaneously submits the accompanying memorandum in support.

WHEREFORE, Defendant Oxy respectfully requests that an order of partial summary judgment be entered against Plaintiff Hitch Enterprises, Inc., on behalf of itself and all others similarly situated, on the foregoing claims and issues.

Dated: March 11, 2019

        Respectfully Submitted,

        FOULSTON SIEFKIN LLP

        *s/ James M. Armstrong*
        James M. Armstrong, KS No. 09271
        Mikel L. Stout, KS No. 05811
        1551 N. Waterfront Parkway, Suite 100
        Wichita, KS 67206-4466
        Phone: (316) 291-9576
        Fax:  (316) 267-6345
        mstout@foulston.com

        **Attorneys for OXY USA, Inc.**

**OF COUNSEL**

Mark C. Rodriguez, TX Bar No. 00794554 (admitted *pro hac vice*)
Deborah C. Milner, TX Bar No. 24065761 (admitted *pro hac vice*)
Aurra M. Fellows, TX Bar No. 24101742 (admitted *pro hac vice*)
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel:   (713) 758-3288
Fax:  (713) 615-5314
Email:   mrodriguez@velaw.com
Email:   cmilner@velaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

Rex A. Sharp
Barbara C. Frankland
Ryan C. Hudson
Scott B. Goodger
REX SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
***Attorneys for Plaintiff***

                                            *s/ James M. Armstrong*
                                            James M. Armstrong